# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Phyllis B. Sumner
Direct Dial: +1 404 572 4799
Direct Fax: +1 404 572 5100
psumner@kslaw.com

September 7, 2017

To:     Exhibit A; Distribution List

Re:     Data Security Incident Affecting Equifax Inc.

Dear Sir or Madam,

I write on behalf of Equifax Inc. ("Equifax") regarding a cybersecurity incident potentially impacting information relating to approximately 143 million U.S. consumers. The approximate number of potentially impacted residents in your state is identified in Exhibit B. Equifax takes seriously its responsibility to protect the security of personal information, and our priority is to assist consumers who may have been impacted. The circumstances of the incident and the steps Equifax is taking to protect consumers are set forth below.

On July 29, 2017, Equifax discovered that criminals exploited a U.S. website application vulnerability to gain access to certain files. Upon discovery, Equifax acted immediately to stop the intrusion. The company promptly engaged a leading, independent cybersecurity firm that has been conducting a comprehensive forensic review to determine the scope of the intrusion, including the specific data impacted. Equifax also reported the criminal access to law enforcement and continues to work with authorities. While the company's investigation is substantially complete, it remains ongoing and is expected to be completed in the coming weeks.

The information accessed primarily includes names, Social Security numbers, birth dates, addresses and, in some instances, driver's license numbers. In addition, credit card numbers for approximately 209,000 U.S. consumers, and certain dispute documents with personal identifying information for approximately 182,000 U.S. consumers, were accessed. The company has found no evidence of unauthorized access on Equifax's core consumer or commercial credit reporting databases.

Equifax has established a dedicated website, www.equifaxsecurity2017.com, to notify consumers of the incident, help them understand if they were potentially impacted, and provide steps they can take to protect against the potential misuse of their information. In addition to the website, Equifax will send direct mail notices to consumers whose credit card numbers or dispute documents with personal identifying information were impacted.

September 7, 2017
Page 2

Equifax is also offering to all U.S. consumers complimentary credit file monitoring and identity theft protection for one year, even if a consumer is not impacted by this incident. The offering, called TrustedID Premier, includes 3-Bureau credit monitoring of Equifax, Experian and TransUnion credit reports; copies of Equifax credit reports; the ability to lock and unlock Equifax credit reports; identity theft insurance; and Internet scanning for Social Security numbers. Information on how to enroll for this offering is included on the dedicated website. Additionally, Equifax has established a dedicated call center, 866-447-7559, available from 7:00 a.m. to 1:00 a.m. Eastern time, seven days a week, to answer questions about the incident, assist consumers in signing up for the complimentary service, and provide information about how to further protect personal information.

Please do not hesitate to contact me if you have any questions regarding this notification.

Sincerely,

Phyllis B. Sumner

Enclosures

## Exhibit A - Distribution List

| | |
|---|---|
| Steve Marshall<br>Office of the Alabama Attorney General<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Jahna Lindemuth<br>Alaska Attorney General Office<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>attorney.general@alaska.gov |
| Mark Brnovich<br>Office of the Arizona Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926<br>AGInfo@azag.gov | Leslie Rutledge<br>Arkansas Attorney General Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>oag@ArkansasAG.gov |
| Xavier Becerra<br>Office of the California Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Cynthia H. Coffman<br>Office of the Colorado Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| George Jepsen<br>State of Connecticut Attorney General's Office<br>55 Elm Street<br>Hartford, CT 06106<br>ag.breach@ct.gov | Karl A. Racine<br>District of Columbia Attorney General<br>441 4th Street, NW<br>Washington, DC 20001<br>dc.oag@dc.gov |
| Matt Denn<br>Delaware Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@state.de.us | Pam Bondi<br>Office of the Attorney General of Florida<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Chris Carr<br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Douglas Chin<br>Department of the Attorney General of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 |

| | |
|---|---|
| Hawaii Office of Consumer Protection<br>Leiopapa A Kamehameha Building aka State<br>Office Tower<br>235 South Beretania Street<br>Honolulu, Hawaii 96813<br>dcca@dcca.hawaii.gov | Lawrence Wasden<br>State of Idaho Attorney General's Office<br>700 W Jefferson St., Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| Lisa Madigan<br>Illinois Attorney General's Office<br>100 W. Randolph Street<br>Chicago, IL 60601<br>databreach@atg.state.il.us | Curtis T. Hill, Jr.<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>IDTheft@atg.in.gov |
| Tom Miller<br>Office of the Attorney General of Iowa<br>Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA  50319<br>consumer@iowa.gov | Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 |
| Andy Beshear<br>Office of the Kentucky Attorney General<br>700 Capitol Ave, Suite 118<br>Frankfort, KY 40601-3449 | Jeff Landry<br>Office of the Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804-4095<br>ConsumerInfo@ag.louisiana.gov |
| Janet T. Mills<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>breach.security@maine.gov | Brian E. Frosh<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>Idtheft@oag.state.md.us |
| Maura Healey<br>Office of the Attorney General of<br>Massachusetts<br>One Ashburton Place<br>Boston, MA 02108-1518<br>ago@state.ma.us | Bill Schuette<br>Michigan Department of Attorney General<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909<br>miag@michigan.gov |
| Lori Swanson<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131<br>Attorney.General@ag.state.mn.us | Jim Hood<br>Mississippi Attorney General's Office<br>550 High Street<br>Jackson, MS 39201 |

| | |
|---|---|
| Josh Hawley<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102<br>attorney.general@ago.mo.gov | Tim Fox<br>Office of the Montana Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>contactdoj@mt.gov |
| Montana Office of Consumer Protection<br>P. O. Box 200151<br>Helena, MT 59620-0151<br>contactocp@mt.gov | Doug Peterson<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509<br>ago.consumer@nebraska.gov |
| Adam Paul Laxalt<br>Office of the Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>AgInfo@ag.nv.gov | Gordon J. MacDonald<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>attorneygeneral@doj.nh.gov |
| Christopher S. Porrino<br>Office of the New Jersey Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080<br>databreach@cyber.nj.gov | Hector Balderas<br>Office of the New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| Eric T. Schneiderman<br>Office of the New York Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Josh Stein<br>North Carolina Attorney General's Office<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Wayne Stenehjem<br>North Dakota Attorney General's Office<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND  58505<br>ndag@nd.gov | Mike DeWine<br>Ohio Attorney General's Office<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Mike Hunter<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Ellen F. Rosenblum<br>Office of the Oregon Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |

| | |
|---|---|
| Josh Shapiro<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Puerto Rico Departmento de Asuntos del<br>Consumidor<br>Ave. José De Diego, Pda. 22<br>Centro Gubernamental Minillas<br>Edificio Torre Norte, Piso 7<br>San Juan, PR 00940<br>servicio@daco.pr.gov |
| Peter F. Kilmartin<br>Office of the Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI 02903 | Alan Wilson<br>Office of the South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| Consumer Protection Division of the<br>Department of Consumer Affairs<br>P.O. Box 5757<br>Columbia, SC 29250 | Marty J. Jackley<br>South Dakota Attorney General's Office<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>consumerhelp@state.sd.us |
| Herbert H. Slatery, III<br>Office of the Tennessee Attorney General and<br>Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Ken Paxton<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Sean D. Reyes<br>Utah Office of the Attorney General<br>Utah State Capitol Complex<br>350 N. State St., Suite 230<br>Salt Lake City, UT 84114-2320<br>uag@agutah.gov | TJ Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609-1001<br>ago.cap@vermont.gov |
| Mark R. Herring<br>Office of the Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 | Bob Ferguson<br>Washington State Office of the Attorney<br>General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>SecurityBreach@atg.wa.gov |

| | |
|---|---|
| Patrick Morrisey<br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305<br>consumer@wvago.gov | Brad Schimel<br>Office of the Wisconsin Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Peter K. Michael<br>Wyoming Attorney General's Office<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>ag.consumer@wyo.gov | |

### <u>Exhibit B – Approximate Number of Potentially Impacted Residents</u>

Maryland – Approximately 2,964,180

# KING & SPALDING

King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: +1 404 572 4600
Fax: +1 404 572 5100
www.kslaw.com

Phyllis B. Sumner
Direct Dial: +1 404 572 4799
Direct Fax: +1 404 572 5100
psumner@kslaw.com

October 12, 2017

To:     Exhibit A; Distribution List

Re:     Data Security Incident Announced on September 7, 2017 Affecting Equifax Inc.

Dear Sir or Madam,

I write on behalf of Equifax Inc. ("Equifax") to follow up on the September 7, 2017 notification regarding a cybersecurity incident impacting the personal information of U.S. consumers. On October 2, 2017, Equifax announced that the cybersecurity firm Mandiant completed the forensic portion of its investigation of the cybersecurity incident announced on September 7, 2017 to finalize the consumers potentially impacted. The completed review determined that approximately 2.5 million additional U.S. consumers were potentially impacted, for a total of approximately 145.5 million. An updated approximate number of potentially impacted residents in your state is identified in Exhibit B.

Mandiant did not identify any evidence of additional or new attacker activity or any access to new databases or tables. Instead, this additional population of consumers was confirmed during Mandiant's completion of the remaining investigative tasks and quality assurance procedures built into the investigative process. To be clear, additional U.S. consumers identified, and the unauthorized access of information, all relate to the cybersecurity incident disclosed on September 7, 2017. To minimize confusion, Equifax will mail written notices to all of the additional potentially impacted U.S. consumers identified since the September 7 announcement. An unaddressed copy of that letter is attached as Exhibit C. The feature on the dedicated website, www.equifaxsecurity2017.com, that U.S. consumers may use to determine whether they may have been impacted has been updated to reflect the additional 2.5 million impacted U.S. consumers. Equifax takes seriously its responsibility to protect the security of personal information, and our priority is to assist consumers who may have been impacted.

Please do not hesitate to contact me if you have any questions regarding this update.

Sincerely,

Phyllis B. Sumner

CC: Zachary Fardon
     Christopher C. Burris

Enclosures

## Exhibit A - Distribution List

| | |
|---|---|
| Steve Marshall<br>Office of the Alabama Attorney General<br>Office of the Attorney General<br>P.O. Box 300152<br>Montgomery, AL 36130-0152 | Jahna Lindemuth<br>Alaska Attorney General Office<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501<br>attorney.general@alaska.gov |
| Mark Brnovich<br>Office of the Arizona Attorney General<br>1275 West Washington Street<br>Phoenix, AZ 85007-2926<br>AGInfo@azag.gov | Leslie Rutledge<br>Arkansas Attorney General Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>oag@ArkansasAG.gov |
| Xavier Becerra<br>Office of the California Attorney General<br>California Department of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | Cynthia H. Coffman<br>Office of the Colorado Attorney General<br>Colorado Department of Law<br>Ralph L. Carr Judicial Building<br>1300 Broadway, 10th Floor<br>Denver, CO 80203 |
| George Jepsen<br>State of Connecticut Attorney General's Office<br>55 Elm Street<br>Hartford, CT 06106<br>ag.breach@ct.gov | Karl A. Racine<br>District of Columbia Attorney General<br>441 4th Street, NW<br>Washington, DC 20001<br>dc.oag@dc.gov |
| Matt Denn<br>Delaware Attorney General<br>Delaware Department of Justice<br>Carvel State Building<br>820 N. French St.<br>Wilmington, DE 19801<br>attorney.general@state.de.us | Pam Bondi<br>Office of the Attorney General of Florida<br>State of Florida<br>The Capitol PL-01<br>Tallahassee, FL 32399-1050 |
| Chris Carr<br>Office of the Georgia Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334 | Douglas Chin<br>Department of the Attorney General of Hawaii<br>425 Queen Street<br>Honolulu, HI 96813 |

| | |
|---|---|
| Hawaii Office of Consumer Protection<br>Leiopapa A Kamehameha Building aka State<br>Office Tower<br>235 South Beretania Street<br>Honolulu, Hawaii 96813<br>dcca@dcca.hawaii.gov | Lawrence Wasden<br>State of Idaho Attorney General's Office<br>700 W Jefferson St., Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-0010 |
| Lisa Madigan<br>Illinois Attorney General's Office<br>100 W. Randolph Street<br>Chicago, IL 60601<br>databreach@atg.state.il.us | Curtis T. Hill, Jr.<br>Indiana Attorney General's Office<br>Indiana Government Center South<br>302 W. Washington St., 5th Floor<br>Indianapolis, IN 46204<br>IDTheft@atg.in.gov |
| Tom Miller<br>Office of the Attorney General of Iowa<br>Hoover State Office Bldg.<br>1305 E. Walnut Street<br>Des Moines, IA  50319<br>consumer@iowa.gov | Derek Schmidt<br>Kansas Attorney General<br>120 S.W. 10th Ave., 2nd Floor<br>Topeka, KS 66612-1597 |
| Andy Beshear<br>Office of the Kentucky Attorney General<br>700 Capitol Ave, Suite 118<br>Frankfort, KY 40601-3449 | Jeff Landry<br>Office of the Louisiana Attorney General<br>P.O. Box 94005<br>Baton Rouge, LA 70804-4095<br>ConsumerInfo@ag.louisiana.gov |
| Janet T. Mills<br>Office of the Maine Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>breach.security@maine.gov | Brian E. Frosh<br>Office of the Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202-2202<br>Idtheft@oag.state.md.us |
| Maura Healey<br>Office of the Attorney General of<br>Massachusetts<br>One Ashburton Place<br>Boston, MA 02108-1518<br>ago@state.ma.us | Bill Schuette<br>Michigan Department of Attorney General<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI  48909<br>miag@michigan.gov |
| Lori Swanson<br>Office of the Minnesota Attorney General<br>445 Minnesota Street, Suite 1400<br>St. Paul, MN 55101-2131<br>Attorney.General@ag.state.mn.us | Jim Hood<br>Mississippi Attorney General's Office<br>550 High Street<br>Jackson, MS 39201 |

| | |
|---|---|
| Josh Hawley<br>Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102<br>attorney.general@ago.mo.gov | Tim Fox<br>Office of the Montana Attorney General<br>Justice Building, Third Floor<br>215 North Sanders<br>P.O. Box 201401<br>Helena, MT 59620-1401<br>contactdoj@mt.gov |
| Montana Office of Consumer Protection<br>P. O. Box 200151<br>Helena, MT 59620-0151<br>contactocp@mt.gov | Doug Peterson<br>Nebraska Attorney General's Office<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509<br>ago.consumer@nebraska.gov |
| Adam Paul Laxalt<br>Office of the Nevada Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>AgInfo@ag.nv.gov | Gordon J. MacDonald<br>New Hampshire Department of Justice<br>33 Capitol Street<br>Concord, NH 03301<br>attorneygeneral@doj.nh.gov |
| Christopher S. Porrino<br>Office of the New Jersey Attorney General<br>RJ Hughes Justice Complex<br>25 Market Street, Box 080<br>Trenton, NJ 08625-0080<br>databreach@cyber.nj.gov | Hector Balderas<br>Office of the New Mexico Attorney General<br>408 Galisteo Street<br>Villagra Building<br>Santa Fe, NM 87501 |
| Eric T. Schneiderman<br>Office of the New York Attorney General<br>The Capitol<br>Albany, NY 12224-0341 | Josh Stein<br>North Carolina Attorney General's Office<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001 |
| Wayne Stenehjem<br>North Dakota Attorney General's Office<br>600 E. Boulevard Ave.<br>Dept. 125<br>Bismarck, ND  58505<br>ndag@nd.gov | Mike DeWine<br>Ohio Attorney General's Office<br>30 E. Broad Street, 14th Floor<br>Columbus, OH 43215 |
| Mike Hunter<br>Oklahoma Office of the Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105 | Ellen F. Rosenblum<br>Office of the Oregon Attorney General<br>Oregon Department of Justice<br>1162 Court Street, NE<br>Salem, OR 97301-4096 |

| | |
|---|---|
| Josh Shapiro<br>Pennsylvania Office of Attorney General<br>16th Floor, Strawberry Square<br>Harrisburg, PA 17120 | Puerto Rico Departmento de Asuntos del Consumidor<br>Ave. José De Diego, Pda. 22<br>Centro Gubernamental Minillas<br>Edificio Torre Norte, Piso 7<br>San Juan, PR 00940<br>servicio@daco.pr.gov |
| Peter F. Kilmartin<br>Office of the Rhode Island Attorney General<br>150 South Main Street<br>Providence, RI  02903 | Alan Wilson<br>Office of the South Carolina Attorney General<br>P.O. Box 11549<br>Columbia, SC 29211 |
| Consumer Protection Division of the Department of Consumer Affairs<br>P.O. Box 5757<br>Columbia, SC 29250 | Marty J. Jackley<br>South Dakota Attorney General's Office<br>1302 East Highway 14, Suite 1<br>Pierre, SD 57501-8501<br>consumerhelp@state.sd.us |
| Herbert H. Slatery, III<br>Office of the Tennessee Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | Ken Paxton<br>Office of the Texas Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Sean D. Reyes<br>Utah Office of the Attorney General<br>Utah State Capitol Complex<br>350 N. State St., Suite 230<br>Salt Lake City, UT 84114-2320<br>uag@agutah.gov | TJ Donovan<br>Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609-1001<br>ago.cap@vermont.gov |
| Mark R. Herring<br>Office of the Virginia Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219 | Bob Ferguson<br>Washington State Office of the Attorney General<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>SecurityBreach@atg.wa.gov |

| | |
|---|---|
| Patrick Morrisey<br>Office of the West Virginia Attorney General<br>State Capitol Complex<br>Bldg. 1, Room E-26<br>Charleston, WV 25305<br>consumer@wvago.gov | Brad Schimel<br>Office of the Wisconsin Attorney General<br>Wisconsin Department of Justice<br>P.O. Box 7857<br>Madison, WI 53707-7857 |
| Peter K. Michael<br>Wyoming Attorney General's Office<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>ag.consumer@wyo.gov | |

<u>**Exhibit B – Approximate Number of Potentially Impacted Residents**</u>

<u>**Updated: October 12, 2017**</u>

Maryland – Approximately 3,007,916



P.O. Box 105054
Atlanta, GA  30348

Name
Street
City, State Zip

October 13, 2017

## NOTICE OF DATA BREACH

Dear Customer:

This letter follows up on the cybersecurity incident Equifax announced on September 7, 2017. At Equifax, our priorities with regard to this incident are transparency and continuing to provide timely, reassuring support to every consumer. You are receiving this letter because you are one of the 2.5 million additional potentially impacted U.S. consumers that has personal information that was potentially exposed, as described below.

### What Happened

On July 29, 2017, Equifax discovered that criminals exploited a U.S. website application vulnerability to gain access to certain files. Upon discovery, we acted immediately to stop the intrusion. The company promptly engaged a leading, independent cybersecurity firm which has been conducting a comprehensive forensic review to determine the scope of the intrusion, including the specific data impacted. Equifax also reported the criminal access to law enforcement and continues to work with authorities. Based on the company's investigation, the unauthorized access occurred from mid-May through July 2017.

On September 7, 2017 Equifax notified U.S. consumers of the data security incident, including that approximately 143 million U.S. consumers were impacted. On October 2, 2017, following the completion of the forensic portion of the investigation of the incident, Equifax announced that the review determined that approximately 2.5 million additional U.S. consumers were potentially impacted. To minimize confusion, you are receiving this letter because you are one of the 2.5 million additional potentially impacted U.S. consumers.

### What Information Was Involved

Most of the consumer information accessed includes names, Social Security numbers, birth dates, addresses, and in some instances, driver's license numbers. In addition to this notice, Equifax will send you a direct mail notice if your credit card number was impacted. We have found no evidence of unauthorized access to Equifax's core consumer or commercial credit reporting databases.

Powering the World with Knowledge™

**What We Are Doing**

Upon learning of this incident, Equifax took steps to stop the intrusion, and engaged an independent cybersecurity firm to forensically investigate and determine the scope. Equifax also engaged the cybersecurity firm to conduct an assessment and provide recommendations on steps that can be taken to help prevent this type of incident from happening again.

Equifax is focused on consumer protection and has established a dedicated website, www.equifaxsecurity2017.com to help consumers. We are also offering free identity theft protection and credit file monitoring to all U.S. consumers, even if a consumer is not impacted by this incident. This offering, called TrustedID Premier, includes 3-Bureau credit monitoring of your Equifax, Experian and TransUnion credit reports; copies of your Equifax credit report; the ability to lock and unlock your Equifax credit report; identity theft insurance; and Internet scanning for your Social Security number - all complimentary to U.S. consumers for one year. To find out more information on this complimentary offer and to sign up, please click on the tab "What Can I Do" on the dedicated website. You must complete the enrollment process by January 31, 2018.

In addition, by January 31, 2018, Equifax will offer a new service allowing all consumers the option of controlling access to their personal credit data. The service we are developing will let consumers easily lock and unlock access to their Equifax credit files -- for free, for life.

**What You Can Do**

In addition to enrolling in identity theft protection and credit file monitoring, please see the "Identity Theft Prevention Tips" and State Information below. This information provides additional steps you can take, including how to obtain a free copy of your credit report and place a fraud alert and/or credit freeze on your credit report. In addition, please monitor your account statements and report any unauthorized charges to your credit card companies and financial institutions.

**For More Information**

Equifax is committed to ensuring that your personal information is protected, and we apologize to you for the concern and frustration this incident causes. If you have additional questions, please call our dedicated call center at 866-447-7559, available from 7:00 a.m. to 1:00 a.m. Eastern time, seven days a week. Si usted tiene preguntas, por favor llama nuestro centro de llamadas que está abierto durante los siete días de la semana desde las 7:00 a.m. hasta 1:00 a.m. hora de la costa este:  866-447-7559.


Sincerely,

Equifax Inc.

### Identity Theft Prevention Tips

We recommend that you remain vigilant for incidents of fraud and identity theft by reviewing account statements and monitoring your credit reports. You may obtain a free copy of your credit report from each company listed below once every 12 months by requesting your report online at www.annualcreditreport.com, calling toll-free 1-877-322-8228, or mailing an Annual Credit Report Request Form (available at www.annualcreditreport.com) to: Annual Credit Report Request Service, P.O. Box 105281, Atlanta, GA, 30348-5281. You may also purchase a copy of your credit report by contacting any of the credit reporting agencies below:

| Equifax | Experian | TransUnion |
|---|---|---|
| PO Box 740241 | PO Box 9554 | PO Box 2000 |
| Atlanta, GA 30374 | Allen, TX 75013 | Chester, PA 19016 |
| www.equifax.com | www.experian.com | www.transunion.com |
| 888-766-0008 | 888-397-3742 | 800-680-7289 |

If you believe you are the victim of identity theft, you should contact the proper law enforcement authorities, including local law enforcement, and you should consider contacting your state attorney general and/or the Federal Trade Commission ("FTC"). You also may contact the FTC to obtain additional information about avoiding identity theft.

**Federal Trade Commission,** Consumer Response Center
600 Pennsylvania Avenue NW, Washington, DC 20580; 1-877-IDTHEFT (438-4338)
www.ftc.gov/idtheft

**State Attorneys General:** Information on how to contact your state attorney general may be found at www.naag.org/naag/attorneys-general/whos-my-ag.php.

You may obtain information from the FTC and the credit reporting agencies listed above about placing a fraud alert and/or credit freeze on your credit report.

### IF YOU ARE A MARYLAND RESIDENT

You may obtain information about avoiding identity theft from the Maryland Attorney General's Office. This office can be reached at:

**Office of the State of Maryland Attorney General**
200 St. Paul Place Baltimore, MD 21202; 1-888-743-0023
www.marylandattorneygeneral.gov

### IF YOU ARE A MASSACHUSETTS RESIDENT

Under Massachusetts law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed above. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.

If you have been a victim of identity theft and you provide the credit reporting agency with a valid police report, it cannot charge you to place, lift or remove a security freeze. In all other cases, a credit reporting agency may charge you up to $5.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed above by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and social security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and social security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.

## IF YOU ARE A NEW MEXICO RESIDENT

Under New Mexico law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed above. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.

If you have been a victim of identity theft and you provide the credit reporting agency with a valid police

report, it cannot charge you to place, lift or remove a security freeze. Alternatively, if you are over the age of 65, then the fee will also be waived. In all other cases, a credit reporting agency may charge you up to $10.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed above by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.

### IF YOU ARE A NORTH CAROLINA RESIDENT

You may obtain information about avoiding identity theft from the North Carolina Attorney General's Office. This office can be reached at:

**North Carolina Attorney General's Office**
9001 Mail Service Center Raleigh, NC 27699-9001; 919-716-6400
www.ncdoj.gov

### IF YOU ARE A RHODE ISLAND RESIDENT

You may obtain information about avoiding identity theft from the Rhode Island Attorney General's Office. This office can be reached at:

**Office of the State of Rhode Island Attorney General**
150 South Main Street Providence, RI 02903; 401-274-4400
www.riag.ri.gov

Under Rhode Island law, you also have the right to obtain a police report in regard to this incident. If you are the victim of identity theft, you also have the right to file a police report and obtain a copy of it. You may also consider placing a fraud alert message or security freeze on your credit file by calling the toll-free telephone numbers for each of the three national consumer credit reporting agencies listed above. A security freeze prohibits a credit reporting agency from releasing any information from a consumer's credit report without written authorization. However, please be aware that placing a security freeze on your credit report may delay, interfere with, or prevent the timely approval of any requests you make for new loans, credit, mortgages, employment, housing or other services.

If you have been a victim of identity theft and you provide the credit reporting agency with a valid police report, it cannot charge you to place, lift or remove a security freeze. Alternatively, if you are over the age of 65, then the fee will also be waived. In all other cases, a credit reporting agency may charge you up to $10.00 each to place, temporarily lift, or permanently remove a security freeze. To place a security freeze on your credit file, you must send a written request to **each** of the three national consumer reporting agencies listed above by regular, certified or overnight mail. In order to request a security freeze, you will need to provide the following information:

1. Your full name (including middle initial as well as Jr., Sr., II, III, etc.);
2. Social Security number;
3. Date of birth;
4. If you have moved in the past five (5) years, provide the addresses where you have lived over the prior five years;
5. Proof of current address such as a current utility bill or telephone bill;
6. A legible photocopy of a government issued identification card (state driver's license or ID card, military identification, etc.);
7. If you are a victim of identity theft, include a copy of either the police report, investigative report, or complaint to a law enforcement agency concerning identity theft;
8. If you are not a victim of identity theft, include payment by check, money order, or credit card (Visa, MasterCard, American Express or Discover only). Do not send cash through the mail.

The credit reporting agencies have three (3) business days after receiving your request to place a security freeze on your credit report. The credit bureaus must also send written confirmation to you within five (5) business days and provide you with a unique personal identification number (PIN) or password, or both, that can be used by you to authorize the removal or lifting of the security freeze.

To lift the security freeze in order to allow a specific entity or individual access to your credit report, you must call or send a written request to the credit reporting agencies by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze as well as the identities of those entities or individuals you would like to receive your credit report or the specific period of time you want the credit report available. The credit reporting agencies have three (3) business days after receiving your request to lift the security freeze for those identified entities or for the specified period of time.

To remove the security freeze, you must send a written request to each of the three credit bureaus by mail and include proper identification (name, address, and Social Security number) **and** the PIN number or password provided to you when you placed the security freeze. The credit bureaus have three (3) business days after receiving your request to remove the security freeze.